**Opinion filed December 19, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00169-CR
_____

## CURTIS EUGENE TAYLOR, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**
**Brown County, Texas**
**Trial Court Cause No. CR21349**

## M E M O R A N D U M   O P I N I O N

Curtis Eugene Taylor, Appellant, has filed in this court a motion to dismiss his appeal. In the motion, Appellant states that he "respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal." Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both Appellant and his counsel.

The motion is granted, and the appeal is dismissed.


December 19, 2013                                                                 PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.